UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JACKSON PAVELKA and KAYLEE PAVELKA, | § § § § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | CIVIL ACTION NO. 3:22-CV-0074-B |
| PELICAN INVESTMENT HOLDINGS GROUP, LLC *d/b/a* AAP, AFFORDABLE AUTO PROTECTIONS, LLC, and GUSTAV RENNY, | | |
| Defendants. | | |

## ORDER

Plaintiffs Jackson and Kaylee Pavelka filed their complaint on January 13, 2022. Doc. 1, Compl. On the same day, Defendants Pelican Investment Holdings Group, LLC ("Pelican") and Gustav Renny ("Renny") waived service. Doc. 4, Pelican Waiver of Service; Doc. 5, Renny Waiver of Service. Neither Defendant has filed a responsive pleading. Therefore, the Court **ORDERS** the following: By **Monday, March 28, 2022**, Defendants must **SHOW CAUSE**, in writing, why they have failed to file a responsive pleading. Failure to comply with this Order may result in default judgment against Defendants without further notice.

SO ORDERED.

SIGNED: March 21, 2022.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-1-