UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JACKSON PAVELKA, KAYLEE PAVELKA, THOMAS DOUGHTY, JAN MORTON, and DAVID MORTON, *individually and on behalf of all others similarly situated*, | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:22-CV-0074-B |
| PELICAN INVESTMENT HOLDINGS GROUP, LLC d/b/a AAP | § § § § | |
| Defendant. | § | |

### ORDER TO SHOW CAUSE

On July 27, 2022, the Court issued a Mediation Order (Doc. 34) requiring the parties to complete mediation by May 12, 2023, and to file the Alternative Dispute Resolution Summary Form within ten days of completing the mediation session. The deadline has passed and the parties have not filed the required form. Therefore, by **Thursday, June 8, 2023,** the parties must file the required documentation in compliance with the Mediation Order or otherwise **SHOW CAUSE,** in writing, why the deadline has not been met. Failure to comply with this Order may result in sanctions.

SO ORDERED.

SIGNED: June 1, 2023.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE