# UNITED STATES DISTRICT COURT
## Northern District of Texas
## Dallas Division

| | | |
|---|---|---|
| Jackson Pavelka, Kaylee Pavelka, Thomas Doughty, Jan Morton and David Morton, individual and on behalf of a class | § § § § § | CA No. 3:22-cv-74-B |
| Plaintiffs, | § | |
| v. | § § | Class Action Complaint |
| Pelican Investment Holdings Group, LLC d/b/a AAP, Affordable Auto Protection, LLC, and Gustav Renny | § § § § | Jury Demanded |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Jackson Pavelka, Kaylee Pavelka, Thomas Doughty, Jan Morton and David Morton ("Plaintiffs") and Pelican Investment Holdings Group, LLC d/b/a AAP, ("Defendant") stipulate to the dismissal **without** prejudice of all claims by Plaintiffs against Defendant.

Each party to bear its own costs.

Respectfully submitted:

By: */s/ Chris R. Miltenberger*
    Chris R. Miltenberger
    Texas State Bar Number 14171200

**The Law Office of Chris R. Miltenberger, PLLC**
1360 N. White Chapel, Suite 200
Southlake, Texas 76092
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

**Attorney for Plaintiffs**

-and-

By: /s/ Jason S. Weiss (w/permission)
Jason S. Weiss

WEISS LAW GROUP, P.A.
5531 N. University Drive, Suite 103
Coral Springs, FL 33067
Phone: 954.573.2800
Fax: 954.573.2798
jason@jswlawyer.com

/s/ Walker Steven Young (w/permission)
Walker Steven Young
Texas Bar. No. 24102676

SCHEEF & STONE, L.L.P.
walker.young@solidcounsel.com
2600 Network Blvd., Suite 400
Frisco, Texas 75034
(214) 472-2100 – Telephone
(214) 472-2150 – Telecopier

Counsel for Defendants

## Certificate of Service

I certify that I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record, who have consented in writing to accept this "Notice" as service of this document by electronic means.

By: _/s/ Chris R. Miltenberger_
Chris R. Miltenberger